IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Marshall Taylor )
229 Lewis St. )
Prattville, AL, 36067 )
Plaintiff(s), )
 )  CIVIL ACTION NO.
v. )  2:05cv801-F
Rodney Caroll )
Hwy 82 )
Prattville, AL, 36067 )
Defendant(s). )

RECEIVED 2005 AUG 17 A 9:28

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Marshall Taylor Lewis St, Prattville, AL. 36067 (334) 365-9525

2. Name and address of defendant(s): Rodney Carroll 82 bypass Prattville, AL. 36067

3. Place of alleged violation of civil rights: Caroll Radiator Service Apr 2005

4. Date of alleged violation of civil rights: 2005 Apr approximately

5. State the facts on which you base your allegation that your constitutional rights have been violated: Rodney Caroll has taken $800 from me. He was supposed to put a heater coil in my truck but he didnot put it in, it is still leaking. When I tried to talk to him. He cursed me out calling me Nigger and He said that he should have torn my truck up worse than that. He was really nasty to me.

1

6. Relief requested: I want to get my $800 back or fix my truck. I don't really trust him with my truck now because of the things he said to me, and the threats he made to me.

Date: 8-15-05

Marshall Taylor
Marshall Taylor
Plaintiff(s) Signature