IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2005 AUG 19 A 9:28

Marshall Taylor )
229 Lewis St )
Prattville, Al. 36067 )
_____ )
**Plaintiff(s)** )
)
v. )
)
Bill Pearson )
Pearson Industries )
Prattville, Al. 36067 )
_____ )
**Defendant(s)** )

2:05cv799-T

2005 AUG 22 A 9:32    RECEIVED

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) **Marshall Taylor**

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

*Marshall Taylor*
_____
**Plaintiff(s) signature**

Bill Pearson has harassed me by sending evil spirits by his wife and other family members. Also when I was employed at Pearson Industries he took child support money from my paycheck and child support didnot receive this money. I would like to recover this money. And I want the evil spirits to stop.