IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARSHALL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV801-F |
| | ) | |
| RODNEY CAROLL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff Marshall Taylor proceeds *pro se* in this action. He sues defendant Rodney Caroll, alleging that he paid Caroll $800 to put a heater coil in his truck but that Caroll did not install the coil. Plaintiff alleges that when plaintiff tried to speak to Caroll, Caroll cursed at him, referred to plaintiff as a "nigger," and said that "he should have torn [plaintiff's] truck up worse than that." (Complaint, ¶ 5). Plaintiff states that he wants the $800 back or to have his truck repaired. (Complaint, ¶ 6).

Federal courts are courts of limited jurisdiction which only have the power to hear cases as authorized by the Constitution or the laws of the United States. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 377 (1994); Burns v. Windsor Ins. Co., 31 F.3d 1092, 1095 (11th Cir. 1999). This court has an obligation to determine whether it has jurisdiction in this matter, and to dismiss the action if the court lacks jurisdiction. Fed. R. Civ. P. 12(h)(3).

It appears from the complaint that the court may lack subject matter jurisdiction over this action. The allegations of the complaint do not appear to present a federal question.[1] Since plaintiff alleges that both parties have addresses in Prattville, Alabama, it further appears that there is no diversity of citizenship between the parties. See 28 U.S.C. § 1331, § 1332.

Accordingly, it is

ORDERED that on or before **October 10, 2005**, the plaintiff shall show cause in writing why this case should not be dismissed for lack of subject matter jurisdiction. **The plaintiff is advised that if he fails to file a response as directed by the court, this action may be dismissed.**

DONE, this 27th day of September, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Although plaintiff alleges that defendant used the racial epithet "nigger" when plaintiff tried to talk to him about the truck repair, he does not allege that defendant's failure to repair the truck was based on plaintiff's race.