IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARSHALL TAYLOR,                    )
                                    )
            Plaintiff,              )
                                    )
v.                                  )        CIVIL ACTION NO. 2:05cv801-F
                                    )                  (WO)
RODNEY CARROLL,                     )
                                    )
            Defendant.              )

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc.

# 5) filed herein on October 28, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this action is DISMISSED for

lack of subject matter jurisdiction.

Done this 30th day of November, 2005.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE